No. 84–6372. HAAS *v.* NICHOLS ET AL. Ct. App. Ariz. Certiorari denied.

No. 84–6379. ORANGE *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–6390. COQUILLIAN *v.* JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 84–6391. FOSSO ET AL. *v.* CABINET FOR HUMAN RESOURCES OF KENTUCKY ET AL. Sup. Ct. Ky. Certiorari denied.

No. 84–6393. FRANKENBERRY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 84–6394. BROWN *v.* SCHWEITZER ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–6397. DRUMHELLER *v.* BOOKER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6403. SMITH ET UX. *v.* CITIZENS HOME SAVINGS CO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 84–6404. SPEIGEL *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 84–6405. SMITH ET UX. *v.* CITIZENS HOME SAVINGS CO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 84–6415. STEWART *v.* CABANA, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 84–6418. McKINNIS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 84–6420. CONNOR *v.* HAUGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6421. ABBOTT *v.* MELSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–6424. KIMBALL *v.* MAHLER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.